# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| HIROYUKI UENO, | )  Case No.  6:15-MJ-0068-MJS ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S. District Court, Yosemite on November 17, 2015 at 10:00 AM
 _Place_

(5) The defendant shall not have contact with the vicitim neither here, in Japan or anywhere, nether directly or via third person.
(6) A rule 43 waiver is entered for future pretrial matters.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: _____    植野 浩行
                              _Defendant's signature_

Date: 8/17/2015    Laurie C. Yu for Michael J. Seng
                              _Judicial Officer's signature_

                              Michael J. Seng, U.S. Magistrate Judge
                              _Printed name and title_