Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIROYUKI UENO,<br><br>　　　　Defendant. | No.  6:15-mj-068-MJS<br><br>**MOTION TO DISMISS AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the Status Conference currently set for February 2, 2016, at 10:00 AM. The Government cannot prove the case beyond a reasonable doubt at trial.

Dated:  January 29, 2016　　　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease
　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Hiroyuki Ueno;* 6:15-mj-068-MJS, be dismissed, without prejudice, and the Status Conference set for February 2, 2016, be vacated.

IT IS SO ORDERED.

Dated:   January 31, 2016           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

.